HOMES B.C., INC. *v.* PLANNING COMMISSION
OF THE TOWN OF REDDING ET AL.

The defendant Nancy Burton's petition for certification for appeal from the Appellate Court is granted, limited to the following issues:

"1. Was the Appellate Court correct in dismissing the appeal of the defendant Nancy Burton, the statutory intervenor?

"2. Was the Appellate Court correct in striking the brief of the defendant-appellee Nancy Burton, the statutory intervenor?"

*Nancy Burton,* pro se, in support of the petition.

Decided January 23, 1992

EDWARD SMITH *v.* VICTOR LIBURDI

The petitioner Edward Smith's petition for certification for appeal from the Appellate Court, 26 Conn. App. 254, is denied.

*Thomas E. Katon,* special public defender, in support of the petition.

Decided January 23, 1992

STATE OF CONNECTICUT *v.* NELSON KARI

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 286, is granted, limited to the following issue:

"Was there sufficient evidence in the record to support a reasonable finding that the defendant acted 'corruptly' within the meaning of Connecticut General Statutes § 53-153?"

*John R. Williams,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided January 23, 1992